IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| [UNDER SEAL] § | |
| § | |
| *Plaintiff* § | Civil Action No. 5:20-CV-00201 |
| § | |
| v. § | |
| § | FILED IN CAMERA AND UNDER |
| § | SEAL PURSUANT TO |
| § | 31 U.S.C. § 3730(b)(2) |
| § | |
| § | DO NOT ENTER INTO PACER |
| § | DO NOT PLACE IN PRESS BOX |
| § | |
| § | JURY TRIAL DEMANDED |
| [UNDER SEAL] § | |
| § | |
| *Defendant* | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FRCP 41 (a)(1)(A)(i)**

COMES NOW PLAINTIFF, WILLIAM LOUIS STONE, and for his Notice of Voluntary Dismissal states:

1. Plaintiff's complaint was file on December 30, 2020.

2. Defendant has not been served.

3. Defendant has not served an Answer or Motion for Summary Judgment.

4. Plaintiff files this Notice of Dismissal dismissing the claim pursuant to FRCP 41(a)(1)(A)(i) without prejudice to refiling.

       Respectfully submitted,

       /s/ *JIM WYLY*
       JIM WYLY
       State Bar No. 22100050
       SEAN F. ROMMEL
       State Bar No. 24011612
       WYLY~ROMMEL, PLLC
       4004 Texas Boulevard
       Texarkana, Texas  75503
       (903) 334-8646 (Telephone)
       (903) 334-8645 (Facsimile)
       jwyly@wylyrommel.com

       ATTORNEYS FOR RELATOR