IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. WILLIAM LOUIS STONE, § § § § | |
| Plaintiff, § | Civil Action No. 5:20-CV-201-RWS-JBB |
| v. § § | |
| STEWARD HEALTHCARE SYSTEM, LLC, § § § | |
| Defendant. | |

## ORDER

Before the Court is a Notice of Voluntary Dismissal of this action filed by the Relator, William Louis Stone. Docket No. 15. The United States has filed a Notice of Consent to the Dismissal, pursuant to the False Claims Act (31 U.S.C. § 3730(b)(1)). Docket No. 16. Having considered these filings, the Court

**ORDERS** that the Notice of Voluntary Dismissal (Docket No. 15) is **GRANTED**. The Court further

**ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE** as to the United States. The Court further

**ORDERS** that seal shall be lifted upon Relator's Complaint (Docket No. 2), Relator's Notice of Voluntary Dismissal (Docket No. 15), the United States' Notice of Consent to Dismissal (Docket No. 16), this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public. The Court further

**ORDERS** that all relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 9th day of February, 2023.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE